# Exhibit A

Electronically FILED by Superior Court of California, County of Los Angeles on 05/12/2021 12:16 PM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Delgadillo, Deputy Clerk

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

EVENFLO COMPANY, INC., a corporation; DOES 1 to 100, inclusive; (See "ADDITIONAL PARTIES ATTACHMENT")

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TRITIA TURNER, as Guardian Ad Litem of DALASIA ROBERTSON, a minor

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>LOS ANGELES SUPERIOR COURT - Stanley Mosk Courthouse<br>111 N. Hill Street, Los Angeles, California 90012, | **CASE NUMBER:**<br>*(Número del Caso):*<br>19STCV17476 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Pejman Rahnama, Esq. - SBN 176504, 11801 W. Washington Blvd., L.A., CA 90066, Tel 310-313-3250

| DATE:<br>*(Fecha)* 05/12/2021 | Sherri R. Carter Executive Officer / Clerk of Court<br>Clerk, by<br>*(Secretario)* _____ V. Delgadillo | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify):* **Evenflo Company, Inc., a corporation**

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**SUM-200(A)**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| TURNER V. EVENFLO | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

CENJAY CLARENCE DAVIS, an individual
NEAL LAVENORA, an individual
FORD MOTOR COMPANY, a corporation
EVENFLO FEEDING, INC., a corporation
GARCO, a corporation

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Stephen Goorvitch

Electronically FILED by Superior Court of California, County of Los Angeles on 05/20/2019 03:45 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel, Deputy Clerk

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> PEJMAN RAHNAMA, ESQ. (SBN: 176504) <br> LAW OFFICES OF PEYMAN & RAHNAMA <br> 11801 W. WASHINGTON BOULEVARD <br> LOS ANGELES, CALIFORNIA 90066 <br> TELEPHONE NO: (310) 313-3250  FAX NO. (Optional): (310) 572-7581 <br> E-MAIL ADDRESS (Optional): TONY@PEYMANRAHNAMA.COM <br> ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES <br> STREET ADDRESS: 111 N. HILL STREET <br> MAILING ADDRESS: 111 N. HILL STREET <br> CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90012 <br> BRANCH NAME: STANLEY MOSK COURTHOUSE | |
| PLAINTIFF: TRITIA TURNER, as Guardian Ad Litem of DALASIA ROBERTSON, a minor <br> DEFENDANT: EVENFLO COMPANY, INC., a corporation; See "ADDITIONAL PARTIES ATTACHMENT" <br> ☑ DOES 1 TO 100 INCLUSIVE | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death <br> ☐ AMENDED (Number): <br> Type (check all that apply): <br> ☑ MOTOR VEHICLE  ☑ OTHER (specify): Product Liability <br> ☐ Property Damage  ☐ Wrongful Death <br> ☑ Personal Injury  ☑ Other Damages (specify): All available | |
| Jurisdiction (check all that apply): <br> ☐ ACTION IS A LIMITED CIVIL CASE <br>  Amount demanded  ☐ does not exceed $10,000 <br>           ☐ exceeds $10,000, but does not exceed $25,000 <br> ☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> ☐ ACTION IS RECLASSIFIED by this amended complaint <br>    ☐ from limited to unlimited <br>    ☐ from unlimited to limited | CASE NUMBER: |

1. Plaintiff (name or names): TRITIA TURNER, as as Guardian Ad Litem of DALASIA ROBERTSON, a minor
   alleges causes of action against defendant (name or names):
   Defendants and each of them.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☑ except plaintiff (name): DALASIA ROBERTSON
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☑ a minor  ☐ an adult
         (a) ☑ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property Damage, Wrongful Death | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov |
|---|---|---|

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

CENJAY CLARENCE DAVIS, an individual
NEAL LAVENORA, an individual
FORD MOTOR COMPANY, a corporation
EVENFLO FEEDING, INC., a corporation
GARCO, a corporation

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Complaint

PLD-PI-001

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* DOES 1 TO 50
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*
      Evenflo Feeding, Inc.
      Garco

   b. ☑ except defendant *(name):* Ford Motor Company
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☑ except defendant *(name):* Evenflo Company, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1 - 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1 - 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 2 of 3

**PLD-PI-001**

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): DOES 1 TO 50
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ except defendant (name): Ford Motor Company
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☑ except defendant (name): Evenflo Feeding, Inc. Garco Evenflo Company, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 - 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 - 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [✓] Motor Vehicle
    b. [✓] General Negligence
    c. [ ] Intentional Tort
    d. [✓] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify)*:

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [ ] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [ ] property damage
    f. [✓] loss of earning capacity
    g. [✓] other damage *(specify)*:
       ALL RELATED DAMAGES ALLOWED BY LAW.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: May 19, 2019

PEJMAN RAHNAMA, ESQ.

(TYPE OR PRINT NAME)          ► (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

**FIRST** _____ **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Plaintiff

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* November 17, 2016
at *(place):*

Intersection of Grand Avenue at 108th Street, Los Angeles, CA 90061

MV- 2. DEFENDANTS
    a. ☑ The defendants who operated a motor vehicle are *(names):*
        CENJAY CLARENCE DAVIS, an individual

        ☑ Does 1 to 10 and Does 51 to 60

    b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*

        ☑ Does 1 to 10 and Does 51 to 60

    c. ☑ The defendants who owned the motor vehicle which was operated with their permission are *(names):*
        NEAL LAVENORA, an individual, and

        ☑ Does 1 to 10 and Does 51 to 60

    d. ☑ The defendants who entrusted the motor vehicle are *(names):*

        ☑ Does 1 to 10 and Does 51 to 60

    e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

        ☑ Does 1 to 10 and Does 51 to 60

    f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        ☐ listed in Attachment MV-2f ☐ as follows:

☐ Does _____ to _____      Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**PLD-PI-001(2)**

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

SECOND _____ **CAUSE OF ACTION—General Negligence**   Page __5__
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Plaintiff

alleges that defendant *(name):* Cenjay Clarence Davis, an individual; Neal Lavenora, an individual;

[✓] Does __1__ to __10__ and Does 51 to 60

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* November 17, 2016
at *(place):* At the intersection of Grand Avenue at 108th Street, Los Angeles, CA 90061

*(description of reasons for liability):*
Plaintiff refers to her First Cause of Action, hereof and by this reference makes it a part of her Second Cause of Action, as though set forth at length herein.

Further, at said time and place Defendants and each of them so negligently and carelessly operated, owned, entrusted, maintained, repaired and managed their automobile such that it collided with the automobile in which Plaintiff Dalasia Robertson, a minor, was a passenger. As a direct and proximate result of said unlawful conduct, Defendants and each of them directly and proximately caused Plaintiff to sustain serious and substantial personal injuries and disabilities, as well as all other general, special and consequential damages, to which plaintiff is entitled by law.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(5)

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

**THIRD** _____ **CAUSE OF ACTION—Products Liability**   Page ___6___
　　　　(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*
Plaintiff *(name):* Plaintiff

Prod. L-1. On or about *(date):* November 17, 2016   plaintiff was injured by the following product:
A child car seat and all of its component parts, which Plaintiff is informed and believes, and therefor alleges was manufactured, assembled, fabricated, distributed, sold and placed in the chain of consumer distribution by Defendants Evenflo Company, Inc., Evenflo Feeding Company, Inc., Garco, and Does 11 to 30, and Does 61 to 80.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
　　☑ used in the manner intended by the defendants.
　　☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
　　☐ purchaser of the product.　　☑ user of the product.
　　☐ bystander to the use of the product.　　☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. ☑ **Count One—Strict liability** of the following defendants who
　　a. ☑ manufactured or assembled the product *(names):*
　　　Said Defendants and each of them.

　　　☐ Does _____ to _____

　　b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*
　　　Said Defendants and each of them.

　　　☐ Does _____ to _____

　　c. ☑ sold the product to the public *(names):*
　　　Said Defendants and each of them.

　　　☐ Does _____ to _____

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
　　Said Defendants and each of them.

　　☐ Does _____ to _____

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
　　Said Defendants and each of them.
　　　☐ Does _____ to _____
　　a. ☑ who breached an implied warranty
　　b. ☑ who breached an express warranty which was
　　　☑ written   ☑ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
　　☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(5)

| SHORT TITLE: TURNER V. EVENFLO | CASE NUMBER: |
|---|---|

**FOURTH**      **CAUSE OF ACTION—Products Liability**    Page    8
_(number)_

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_
Plaintiff _(name):_ Plaintiff

Prod. L-1. On or about _(date):_ 11-17-2016    plaintiff was injured by the following product
A 2013 Ford Focus automobile and all of its component parts, which Plaintiff is informed and believes, and therefor alleges, was manufactured, assembled, fabricated, distributed, sold and placed in the chain of consumer distribution by Defendants Ford Motor Company, Does 31 to 45, and Does 81 to 95.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    ☑ used in the manner intended by the defendants.
    ☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    ☐ purchaser of the product.      ☐ user of the product.
    ☑ bystander to the use of the product.      ☑ other _(specify):_ person injured by said automobile.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☑ **Count One—Strict liability** of the following defendants who
    a. ☑ manufactured or assembled the product _(names):_
        Said Defendants and each of them.

        ☐ Does _____ to _____

    b. ☑ designed and manufactured component parts supplied to the manufacturer _(names):_
        Said Defendants and each of them.

        ☐ Does _____ to _____

    c. ☑ sold the product to the public _(names):_
        Said Defendants and each of them.

        ☐ Does _____ to _____

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff _(names):_
    Said Defendants and each of them.

    ☐ Does _____ to _____

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants _(names):_
    Said Defendants and each of them.

    ☐ Does _____ to _____
    a. ☑ who breached an implied warranty
    b. ☑ who breached an express warranty which was
        ☑ written    ☑ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov